# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA 18-cv-02786 VAP (PLAx) | Date | 6/4/2018 |
| Title | *Atapana Atuatasi v. Securitas Security Services USA Inc.* | | |

Present: The Honorable  VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE

| Beatrice Herrera | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Mark A. Ozzello | Sherry B. Shavit |

**Proceedings:** PLAINTIFF'S MOTION TO REMAND; [DOC. NO. 8]

Matter called. Counsel for the parties are present as referenced above. Court issues tentative ruling, and invites oral argument from Counsel. Having heard from counsel, Court takes the matter under submission.

**IT IS SO ORDERED.**